UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LUIS TORO, on behalf of himself and all
others similarly situated,

                       Plaintiff,              23-CV-5615 (VSB)

             -against-               **ORDER**

VORO, INC.,

                     Defendant.
-------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on June 30, 2023, (Doc. 1), and filed an affidavit of service on August 7, 2023, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was August 11, 2023. (*See* Doc. 6.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 30, 2023. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Additionally, I do not expect to grant extensions based on the need to accommodate settlement negotiations between the parties unless counsel for the Defendant notices an appearance.

SO ORDERED.

Dated:    August 16, 2023
             New York, New York

                                                     VERNON S. BRODERICK
                                                     United States District Judge