UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS TORO, on behalf of himself and all
others similarly situated,

                           Plaintiff                     23-CV-5615 (VSB)

                -against-                     **ORDER**

VORO, INC.,

                      Defendant.
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    On August 18, 2023, Plaintiff moved for a default judgment. (Docs. 11–12.) However, while Plaintiff brings this case as a class action, (Doc. 1 ¶¶ 43–52), no motion to certify a class has been brought. Accordingly, Plaintiff shall submit a letter by August 25, 2023, stating if Plaintiff wishes to maintain this action as a class action and, if so, proposing a schedule for a motion to certify a class action.

SO ORDERED.

Dated:    August 21, 2023
              New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge