UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
         :
LUIS TORO, on behalf of himself and all   :
others similarly situated,                  :
         :
                             Plaintiff    :                      23-CV-5615 (VSB)
         :
                     -against-             :                         **ORDER**
         :
VORO, INC.,                                  :
         :
                           Defendant.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On August 18, 2023, Plaintiff moved for an order to show cause why default judgment should not be entered against Defendant. (Docs. 10–12.) These papers assume that this matter will proceed as a class action. (*See, e.g.*, Doc. 10 at 2; Doc. 12 at 2.) On August 29, 2023, however, Plaintiff filed a letter indicating that he would not seek to certify a class. (Doc. 14.) Plaintiff's proposed papers thus do not conform to relief sought. Accordingly, Plaintiff is directed to file revised papers accurately reflecting the relief sought in this action. These papers should be filed by September 22, 2023, and in addition to addressing the class certification issue issue, should conform to the requirements of Rule 4(H) of my Individual Rules and Practices in Civil Cases in all other regards.

SO ORDERED.

Dated:    September 6, 2023
              New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge