```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO,

        Plaintiff,

  -against-

VORO, INC.,

        Defendant.

23-CV-5615 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Due to a conflict in the Court's schedule, the show cause hearing scheduled for November 9, 2023 at 10:00 a.m. is ADJOURNED to **11:00 a.m.** the same day. Plaintiff shall serve a copy of this Order upon defendant.

Dated: New York, New York
       October 3, 2023

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**